# Dogali Law Group

101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
www.dogalilaw.com

Andy Dogali, Esq.
adogali@dogalilaw.com

Phone: 813-289-0700
Facsimile: 813-289-9435

July 17, 2017

**VIA FEDEX**

The Honorable Anne Y. Shields
United States District Court
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: *Sands Harbor v. Wells Fargo, EVMC, et al.*
Case No. 09 CV 3855

Dear Judge Shields:

Enclosed please find Dogali Law Group, P.A.'s Motion for Award of Expenses Pursuant to Rule 45, along with it supportive Declaration and Exhibits.

I served the motion, declaration, and exhibits on counsel today. I am unable to directly file the motion because, in so far as Dogali Law Group is a non-party, I do not presently have e-filing privileges in the Eastern District.

Consistent with your Honor's previously-stated intention that the parties attempt to agree upon and propose a briefing schedule, I have communicated with counsel for Wells Fargo, and the parties believe, with the Court's indulgence, that Wells Fargo should be permitted to provide a response to the instant motion on or before July 31, 2017.

Thank you for your consideration.

Sincerely,

Andy Dogali

AABD/jem
Enclosures
c: All counsel of record by e-mail with enclosures