UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE SANDS HARBOR MARINA CORP.,     Index No.:
SANDS HARBOR MARINA LLC, THE SANDS     09 CV 3855 (JS)(AYS)
HARBOR MARINA OPERATING CORP.,
SANDS HARBOR MARINA OPERATING LLC,
GREG W. EAGLE, PINE CREEK RANCH, LLC
and UNIVERSITY 1248, LLC,     
                                                        **ORDER**

                              Plaintiffs,

                -against-

USI INSURANCE SERVICE NATIONAL, INC. f/k/a
WELLS FARGO INSURANCE SERVICES OF
OREGON, INC., EVMC REAL ESTATE
CONSULTANTS, INC., LARRY ESACOVE, THE
ESTATE OF AIDA ESACOVE, DAVID P. GUILOT,
ANTHONY B. CHOPRA, TISDALE & NICHOLSON,
LLP, JEFFREY A. TISDALE, GUY C. NICHOLSON
and MICHAEL D. REIS,

                              Defendants.
------------------------------------------------------------------X

**WHEREFORE:**

        1.     This action involves allegations of fraud and negligent misrepresentation in connection with funding that was offered for use in completing the purchase of land and development of properties in Florida by the Plaintiffs. One group included the Plaintiffs Greg W. Eagle ("Eagle"), Pine Creek Ranch, LLC ("Pine Creek") and University 1248, LLC ("University 1248")(collectively, the "Eagle Plaintiffs").

        2.     The Eagle Plaintiffs were looking to obtain financing for the purchase and development of two adjoining properties in central Florida (the "Eagle Transaction").

        3.     The parties herein are working cooperatively to try to schedule depositions relating to the Eagle Transaction, including, among others, the deposition of Eagle.

8694907.1

4. Eagle is currently incarcerated by the Federal Bureau of Prisons at a facility located in Butner, North Carolina ("Butner"), where he is serving out a sentence for bank fraud.

5. In order for Eagle's deposition to proceed at Butner, an order entered by this Court must be received by the prison's warden.

6. Further to their efforts to proceed with Eagle's deposition, the parties have tentatively scheduled Eagle's deposition and preparation to proceed on June 4, 5, 6, and 7, 2018, subject to the prison's availability and the warden's approval.

**IT IS HEREBY ORDERED:**

7. The deposition of Eagle may proceed at Butner subject to the warden's discretion for both scheduling and safety reasons.

SO ORDERED.

Dated: 4/10/2018
Central Islip, NY

_____
HON. ANNE Y. SHIELDS, U.S.D.J.

8694907.1