| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>         U.S. MAGISTRATE JUDGE | DATE: 5/31/18<br>TIME: 11:00 AM<br>FTR: |

CASE:  **CV 09-3855 (JS) (AYS)** Sands Harbor Marina Corp. v. Tisdale & Nicholson, LLP et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:       Plaintiff

                   Defendant

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.
☐  Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐  Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.
☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
☐  Other:

**Rulings by the Court:**

- Plaintiffs may re-depose Tisdale & Nicholson after completion of Eagle discovery.

- The deposition of Brad Bemis shall be conducted in-person.

- The request for the parties to stipulate as to the admissibility of Insurative/Arbuary documents is DENIED.

- With regard to discovery of Wells Fargo communications with USI, USI shall provide an a sworn affidavit from a person at USI with knowledge of the terms and conditions of the purchase confirming the purchase included the purchase of all assets and liabilities of the company being acquired.

Plaintiffs request for discovery of Nicholoson communications with Browne George Ross LLP is DENIED as both beyond the scope of this matter and disproportional.

                                        SO ORDERED

                                         /s/ Anne Y. Shields

                                        ANNE Y. SHIELDS

                                        United States Magistrate Judge